# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

130358 & (28)(29)(35)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

WALTER MILLER,
      Defendant-Appellant.

SC: 130358
COA: 261528
Wayne CC: 86-008310-05

_____/

      On order of the Court, the application for leave to appeal the October 17, 2005 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motions for appointment of counsel, to remand for a *Ginther* hearing, and for miscellaneous relief are DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

_____
Clerk

s1023